# United States Court of Appeals for the Fifth Circuit

---

No. 24-60070
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 28, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

*versus*

VINCENT EDWARD JONES,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CR-74-1

---

Before BARKSDALE, GRAVES, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The Government challenges the dismissal of Vincent Edward Jones' indictment under 18 U.S.C. § 922(g)(1). Jones was on supervised release for a previous § 922(g)(1) offense when indicted for the § 922(g)(1) offense at issue. In his motion to dismiss the indictment, he raised an as-applied

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-60070

challenge to the constitutionality of § 922(g)(1), citing *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022).

During the pendency of this appeal, our court rejected as-applied challenges to § 922(g)(1) where defendants were on supervised release at the time they violated § 922(g)(1). *See United States v. Giglio*, 126 F.4th 1039, 1043–44 (5th Cir. 2025); *United States v. Contreras*, 125 F.4th 725, 732–33 (5th Cir. 2025). Jones correctly concedes his as-applied-constitutional challenge is now foreclosed.

In the light of our court's intervening precedent, we REVERSE and REMAND for consideration of Jones' as-applied challenge, *e.g.*, *Utah v. Su*, 109 F.4th 313, 319–20 (5th Cir. 2024), and for such other proceedings as may be appropriate.